UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT NELSON,<br><br>Defendant. | Case No.: 2:10-cr-171-RCJ-LRL<br><br>**ORDER FOR PLACEMENT IN THE CARE PROGRAM** |
|---|---|

**SUPPLEMENTAL ORDER**

Having heard the arguments of the parties, this Court will follow the recommendation that Mr. Nelson's supervised release be modified to include the following:

1. Reside in Residential Re-entry Center - You shall reside at and participate in the C.A.R.E. program of a residential re-entry center for a period of up to seven months as approved and directed by the probation officer. If you test positive for alcohol/ a controlled substance or violate the conditions of the C.A.R.E. program, you will be taken into custody for a minimum custodial period of seven days. Additionally, you shall refrain from the use and possession of any synthetic/ designer drug or any mind and/or body altering substance. Use or possession of any these synthetic/designer drugs will result in your termination from the C.A.R.E. program.

DATED: This 14th day of August, 2012.

_____
UNITED STATES DISTRICT JUDGE

1